UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
VERTEX PHARMACEUTICALS              )
INCORPORATED,                       )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )  Civil Action No. 13-10704-RWZ
                                    )
BETTY KRITIKOS and                  )
GILEAD SCIENCES, INC.               )
                                    )
    Defendants.                     )
_____)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

    The undersigned, being all of the parties to this action, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal of this action with prejudice, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees.

    Respectfully submitted,

| | |
|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED | GILEAD SCIENCES, INC. and BETTY KRITIKOS |
| By its attorneys, | By their attorney, |
| /s/ Todd M. Torres | /s/ C. Max Perlman |
| Danielle Y. Vanderzanden (BBO #563933) | C. Max Perlman (BBO #630395) |
| Todd M. Torres (BBO #681779) | HIRSCH ROBERTS WEINSTEIN, LLP |
| Ogletree, Deakins, Nash, | 24 Federal Street, 12th Floor |
|    Smoak & Stewart, P.C. | Boston, MA  02110 |
| One Boston Place, Suite 3220 | Telephone:  (617) 348-4326 |
| Boston, MA  02108 | Facsimile:  (617) 348-4343 |
| Telephone:  (617) 994-5700 | max@hrwlawyers.com |
| Facsimile:  (617) 994-5701 | |
| dani.vanderzanden@ogletreedeakins.com | |
| todd.torres@ogletreedeakins.com | |

September 24, 2014

-2-

CERTIFICATE OF SERVICE

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ Todd M. Torres
      Todd M. Torres

September 24, 2014

19006756.1